Richard M. Pence, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Little Rock, AR, for Defendant–Appellee.

Before WOLLMAN, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

In this interlocutory appeal in a pro se action under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), federal inmate Vivek Shah challenges the district court's [1] denials of preliminary injunctive relief.

After careful review of the record and the parties' arguments on appeal, we conclude that the district court did not abuse its discretion in denying injunctive relief, because Shah did not show a clear threat of irreparable harm. *See* 28 U.S.C. § 1292(a)(1) (appellate jurisdiction); *H & R Block Tax. Servs., LLC v. Acevedo–Lopez,* 742 F.3d 1074, 1077 (8th Cir.2014) (standard of review); *Dataphase Sys., Inc. v. C.L. Sys., Inc.,* 640 F.2d 109, 113 (8th Cir.1981) (en banc) (setting forth relevant factors to be considered in determining whether preliminary injunction should issue).

The judgment is affirmed. *See* 8th Cir. R. 47B.

**Harold B. HOLLOWAY,
Plaintiff–Appellant**

**v.**

**Wendy KELLEY, Director, Arkansas
Department of Correction;  Does,
Defendants–Appellees.**

**Harold B. Holloway, Plaintiff–
Appellant**

**v.**

**Wendy Kelley, Director, Arkansas
Department of Correction;  Does,
Defendants–Appellees.**

**Nos. 15–2155, 15–2446.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Aug. 13, 2015.

Filed: Aug. 18, 2015.

Harold B. Holloway, Grady, AR, pro se.

Before LOKEN, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Arkansas inmate Harold Holloway appeals several orders of the district court,[1]

---

1. The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas.

including the dismissal without prejudice of his civil-rights suit for failure to comply with a court order to file an amended complaint, *see* Fed.R.Civ.P. 41(b). After careful review, we find that the court did not abuse its discretion in dismissing the civil-rights suit, *see Smith v. Gold Dust Casino,* 526 F.3d 402, 404–05 (8th Cir. 2008); in denying Holloway's request to consolidate a habeas suit with the civil-rights suit; or in denying appointment of counsel, *see Phillips v. Jasper Cty. Jail,* 437 F.3d 791, 794 (8th Cir.2006). The judgment is affirmed. *See* 8th Cir. R. 47B.